

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00476-CV

———————————————

IN RE THOMAS RAY JORGENSON, Relator

---

Original Proceeding
County Court at Law of Hood County, Texas
Trial Court No. CL2023108

---

Before Walker, Kerr and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency stay are denied.

Per Curiam

Delivered: July 24, 2026